# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| WESLEY GREEN, [BY SPECIAL APPEARANCE], | : No. 137 EM 2014 |
| Petitioner | : |
| v. | : |
| COMMONWEALTH OF PA., PHILADELPHIA CO., | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of October, 2014, the Petition for Writ of Mandamus is **DENIED**.